IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

PERFORMANCE CHEVROLET, INC.
and THOMAS DICKSON                                                                         PLAINTIFFS

v.                                              Case No. 1:20-cv-1067

ALLY FINANCIAL, INC.                                                                        DEFENDANT

## ORDER

Before the Court is the parties' Joint Stipulation For Dismissal With Prejudice. (ECF No. 42). No response is necessary.

The parties stipulate to the dismissal of Plaintiffs' claims with prejudice, with each side bearing their own fees and costs. An action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). The "entry of such a stipulation of dismissal is effective automatically and does not require judicial approval." *Gardiner v. A.H. Robins Co.*, 747 F.2d 1180, 1189 (8th Cir. 1984).

The instant stipulation of dismissal is signed by all parties. Thus, Plaintiffs' claims were effectively dismissed when the stipulation was filed. However, this order issues for purposes of maintaining the docket. To the extent that the instant stipulation (ECF No. 42) constitutes a motion, it is **GRANTED**. This case is **DISMISSED WITH PREJUDICE**, with the parties bearing their own fees and costs.

**IT IS SO ORDERED**, this 25th day of July, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge